# UNITED STATES BANKRUPTCY COURT
## Northern District of Indiana
### Fort Wayne Division

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Raymond Thomas Acker<br>aka Ray Acker, aka Raymond T Acker, aka Thomas Acker<br>xxx–xx–8229<br>10305 E 750 N<br>Howe, IN 46746<br><br>Elizabeth Rose Acker<br>aka Elizabeth R Cker, aka Elizabeth R Acker, aka Elizabeth R Cocker, fka Elizabeth R Rhoads, fka Rose Rhoads<br>xxx–xx–0242<br>10305 E 750 N<br>Howe, IN 46746 | )<br>)<br>)<br>) Case Number: 14–11900–reg<br>)<br>)<br>)<br>)<br>)<br>) Chapter: 13<br>)<br>)<br>)<br>)<br>) |

## ORDER TO FILE APPEARANCE

  Evan Moscov has filed a(n) Response to Objection to Claim without having "first file[d] a formal written appearance," as required by N.D. Ind. L.B.R. B–9010–2(a). That filing may be stricken, without further notice, unless, within seven (7) days of this date, counsel files a written appearance, as required by the local rules of this court, and, unless counsel is already a member of the bar of the United States District Court for the Northern District of Indiana, a motion to appear pro hac vice. See, N.D. Ind. L.B.R. B–9010–1(c) & (i). The court will take no further action with regard to counsel's filing and any time limits associated with it, e.g. 11 U.S.C. §362(e), shall not begin to run until this order is complied with.

  SO ORDERED.

  Dated: December 8, 2014

Robert E. Grant<br>
Judge, United States Bankruptcy Court
